CMG

## MEMORANDUM

**DATE:**   June 1, 2005

**TO:**   Deputy Clerk
Miscellaneous Business Docket

**FROM:**   Nancy M. Rojas
Financial Litigation Unit
U.S. Attorney's Office

**RE:**   <u>U.S. v. HAU T. PHAM</u>

Attached is a certified copy of the above Judgment that was entered in Middlesex Superior Court.

Please register the Judgment in this district; issue an MBD Number; annotate the MBD number on the bottom of this form; and return this form to my attention. The judgment debtor presently resides at 135 Dale St., Waltham, MA 02451.

Please note that pursuant to 28 U.S.C. § 1963, the United States no longer has to file a CIV 101 with its request to register a judgment; we just need to file a certified and attested copy of the judgment.

If you have any questions, please contact me at (617) 748-3288. Thank you for your attention to this matter.

Attachment

**MBD No.** __05 MBD 10227__

**Dated:** _____

# Commonwealth of Massachusetts
## County of Middlesex
### The Superior Court

CIVIL DOCKET# MICV2003-04984

American Education Services/Pennsylvania Higher Education,
    Plaintiff(s)

vs.

Hau T. Pham,

    Defendant(s)

**05 MBD 10227**

## JUDGMENT BY DEFAULT UPON REQUEST TO THE CLERK
## MASS. R. CIV. P. 55(B)1

Pursuant to Mass. R. Civ. P. 55(b)(1) upon request of the plaintiff (s) and upon affidavits duly filed by said plaintiff (s), in the above entitled action,

It is hereby **ORDERED**:

Judgment for the plaintiff (s), American Education Services/Pennsylvania Higher Education on default of the defendant (s), Hau T. Pham for failure to plead or otherwise defend against the complaint, in the sum of **$64,521.26** inclusive of interest, with costs.

Dated at Cambridge, Massachusetts this 25th day of February, 2004.

Edward J. Sullivan,
Clerk of the Courts

By: *Wayne Emerson*
Assistant Clerk

---

MIDDLESEX. ss.   **Commonwealth of Massachusetts**
SUPERIOR COURT DEPARTMENT OF THE TRIAL COURT

In testimony that the foregoing is a true copy on file and of record made by photographic process, I hereunto set my hand and affix the seal of said Superior Court this twenty-eighth day of April 2004.

*Karen A. Connor*
Deputy Assistant Clerk

cvddf155b1_1.wpd 2483509 inidoc01 emersonw

COMMONWEALTH OF MASSACHUSETTS

MIDDLESEX, SS.                                SUPERIOR COURT DEPARTMENT
                                              OF THE TRIAL COURT

| | |
|---|---|
| American Education Services/ | ) C.A. NO. MICV2003-04984-H |
| Pennsylvania Higher Education Assistance Agency ) | |
| Plaintiff | ) |
| | ) |
| V. | ) |
| | ) |
| Hau T. Pham | ) |
| Defendant | ) |

PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT
PURSUANT TO MASS. R. CIV. P. 55(b)(1)

The plaintiff in the above-captioned action, American Education Services/Pennsylvania Higher Education Assistance Agency, moves that this Court enter default judgment against the defendant, Hau T. Pham, as follows:

1. In the amount of $3,493.03 ($2,695.81 in principal plus interest in the amount of $797.22 through January 30, 2004) on Count I of the Complaint;

2. In the amount of $26,244.03 ($19,907.56 in principal plus interest in the amount of $6,336.47 through January 30, 2004) on Count II of the Complaint;

3. In the amount of $8,489.64 ($6,552.02 in principal plus interest in the amount of $1,937.62 through January 30, 2004) on Count III of the Complaint; and

4. In the amount of $26,294.56 ($19,059.15 in principal plus interest in the amount of $7,235.41 through January 30, 2004) on Count IV of the Complaint.

In support hereof, the Plaintiff files herewith the Affidavit of Patricia Walton and states as follows:

1. The total amount due the Plaintiff is $64,521.26, inclusive of interest through January 30, 2004.

## ASSIGNMENT OF JUDGMENT

I, Patricia Walton, representing the Pennsylvania Higher Education Assistance Agency (assignor), 1200 North Seventh Street, City of Harrisburg, Commonwealth of Pennsylvania, in consideration of the sum of $64,521.26, receipt of which is acknowledged, paid to the Pennsylvania Higher Education Assistance Agency by the United States of America (assignee) hereby assign to assignee the Judgment recovered by assignor on February 25, 2004, docketed in the Superior Court, County of Middlesex, Commonwealth of Massachusetts, Civil Docket # MICV2003-04984, against **HAU T. PHAM** for $48,214.54 in principal, plus $16,306.72 in interest.

Assignor authorizes the United States of America to ask, demand, and receive, and to sue out executions and take all lawful ways for the recovery of the money due or to become due to this Judgment.

Assignor has not done and will not do anything to hinder or prevent the United States of America from enforcing the Judgment.

I have executed this assignment at PHEAA, 1200 North Seventh Street, Harrisburg, Pennsylvania 17102 this 4th day of May, 2004.

*Patricia Walton*
Patricia Walton