UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| HAU T. PHAM ) | 05-MC-10227-NMG |
| ) | |
| Defendant, ) | |
| ) | |
| *and* ) | |
| ) | |
| BOSTON UNIVERSITY MEDICAL ) | |
| CAMPUS ) | |
| ) | |
| Garnishee. ) | |

CERTIFICATION OF SERVICE OF DOCUMENTS

The Plaintiff, United States of America, certifies that on the date set forth below the Defendant, Hau T. Pham, last known address in Waltham, MA, was served by certified mail the following documents:

1. Copy of Application for Writ of Continuing Garnishment.

2. Copy of Writ of Continuing Garnishment with attached Claim of Exemptions Form.

3. Clerk's Notice of Garnishment.

4. Notice of Garnishment and Instructions.

5. Request for Hearing

The United States of America further certifies that on the date set forth below, the Garnishee, Boston University Medical Campus, Boston University Payroll Office in Boston, MA, was served by certified mail the following documents:

1. Copy of Application For Writ of Continuing Garnishment.
2. Writ of Continuing Garnishment with attached Claim of Exemptions Form.
3. Answer of the Garnishee and accompanying instructions.

                                          Respectfully submitted,

                                          MICHAEL J. SULLIVAN
                                          United States Attorney

                By:    /s/ Christopher R. Donato
                        CHRISTOPHER R. DONATO
                        Assistant U.S. Attorney
                        1 Courthouse Way, Suite 9200
                        Boston, MA  02210
                        (617) 748-3303

Date: January 12, 2006