UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA, )
)
        Plaintiff, )
)
        v. )       05-MC-10227- NMG
)
HAU T. PHAM )
)
        Defendant, )
)
        *and* )
TRUSTEES OF )
BOSTON UNIVERSITY ~~MEDICAL CAMPUS~~ )
)
        Garnishee. )

## ANSWER OF THE GARNISHEE

__Susan Janssen_____, being duly sworn deposes and says:
    (Affiant)

That Garnishee's proper name is Trustees of Boston University.

IF GARNISHEE IS AN INDIVIDUAL:

    That he/she is Garnishee herein doing business in the name of

_____

    (State full name and address of business)

IF GARNISHEE IS A PARTNERSHIP:

    That he/she is a member of _____, a partnership which Garnishee is a partner.

IF GARNISHEE IS A CORPORATION:

    That he/she is the __Manager of Payroll__ (State Official Title) of Garnishee, __Trustees of Boston University__

a corporation, organized under the laws of the State of __Massachusetts__

On __or about 1/18/06__, Garnishee was served with the Writ of Continuing Garnishment. For the pay period in effect on the date of service (shown above):

Yes __X__    No ____

1. Defendant was in my/our employ.

2. Pay period is __ weekly, __ bi-weekly __ semi-monthly, _X_ monthly.

   Enter date present pay period began. __01/01/06__.

   *(Present means the pay period in which this order and notice of garnishment were served)*

   Enter date above pay period ends. __01/31/06__.

3. Enter amount of net wages. Calculate below:

   (a) Gross Pay                $ __14,184__

   (b) Federal income tax       $ __2,658__

   (c) F.I.C.A. income tax      $ __879__

   (d) State income tax         $ __722__

   Total of tax withholdings    $ __4,259__

   Net Wages                    $ __9,925__
   (a less total of b,c,d)

4. Have there been previous garnishments in effect?    Yes ____    No _X_

   If the answers is yes, describe below.

   _____

   _____

5.  The Garnishee has custody, control, or possession of the following property (non-earnings), in which the Debtor maintains an interest, as described below:

| Description of Property | Approximate Value | Description of Debtor's Interest in Property |
|---|---|---|
| 1._____ | _____ | _____ |
| 2._____ | _____ | _____ |
| 3._____ | _____ | _____ |
| 4._____ | _____ | _____ |

Garnishee anticipates owing to the judgment-debtor in the future the following amounts:

| Amount | Estimate date or Period Due |
|---|---|
| 1. $ 14,184 | 02/28/06 |
| 2. $ 14,184 | 03/31/06 |
| 3. $ 14,184 | 04/30/06 |
| 4. $ 14,184 | 05/31/06 |

If you deny that you hold property subject to this order of garnishment, check the applicable line below.

__  The Garnishee makes the following claim of exemption on the part of Defendant:

_____.

__  The Garnishee has the following objections, defenses, or set-offs to Plaintiff's right to apply Garnishee's indebtedness to Defendant upon Plaintiff's claim: _____

_____. The Garnishee was then in no manner and upon no account

indebted or under liability to the Defendant, and that the Garnishee did not have in his/her possession or control any property belonging to the Defendant, or in which the Garnishee has an interest, and is in no manner liable as Garnishee in this action.

The Garnishee mailed a copy of this answer by first-class mail to: (1) Hau T. Pham, 135 Dale St., Waltham, MA 02451; and (2) Christopher R. Donato, Assistant U.S. Attorney, 1 Courthouse Way, Suite 9200, Boston, MA 02210.

Trustees of Boston University

By: _____
Garnishee    Susan Janssen

COMMONWEALTH OF MASSACHUSETTS, COUNTY OF SUFFOLK

Subscribed and sworn to before me this 31 day of January, 2006.

WENDELL M. GRAHAM
Notary Public
Commonwealth of Massachusetts
My Commission Expires
November 23, 2012

_____
Notary Public

My Commission expires: