UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| HAU T. PHAM, | ) | 05-MC-10227- |
| Defendant, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| TRUSTEES OF BOSTON UNIVERSITY | ) ) | |
| | ) | |
| Garnishee. | ) | |

## **ORDER**

Pursuant to 28 U.S.C. § 3205(c)(7), the Garnishee, Trustees of Boston University, is to disburse 20% percent of Hau T. Pham's wages after all deductions required by law, excluding retirement deductions, to the Department of Justice, c/o United States Attorney's Office, 1 Courthouse Way, Suite 9200, Boston, MA 02210, Attn.: USAO # 2005Z00196 - Hau T. Pham, until Hau T. Pham's $73,913.84 judgment debt; plus 3.32% percent interest per annum on the principal amount as of the date of judgment; plus costs, is satisfied.

APPROVED:                                                         SO ORDERED:


_____                   _____
UNITED STATES DISTRICT JUDGE                       DEPUTY CLERK
                                                                         UNITED STATES DISTRICT COURT


DATED: