UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  05-MC-10227-NMG |
| HAU T. PHAM | ) |
| | ) |
| Defendant, | ) |
| | ) |
| *and* | ) |
| | ) |
| BOSTON UNIVERSITY | ) |
| | ) |
| Garnishee. | ) |

**MOTION FOR WITHDRAWAL OF APPLICATION
FOR WRIT OF CONTINUING GARNISHMENT**

Pursuant to 28 U.S.C. §3205(c)(10), the Plaintiff, United States of America, hereby moves to withdraw and otherwise terminates its Application for Writ of Continuing Garnishment filed on October 27, 2005, in the above-captioned proceeding as the defendant has entered into a monthly payment agreement with the United States of America.

Respectfully submitted,
UNITED STATES OF AMERICA
By its attorneys

MICHAEL J. SULLIVAN
United States Attorney

By:

  /s/ Christopher R. Donato
CHRISTOPHER R. DONATO
Assistant U.S. Attorney
1 Courthouse Way, Suite 9200
Boston, MA  02210
(617) 748-3303

Date: March 15, 2007