UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | |
| Plaintiff,       ) | |
| ) | |
| v.       ) | |
| ) | |
| HAU T. PHAM,       ) | 05-MC-10227- |
| Defendant,       ) | |
| ) | |
| and       ) | |
| ) | |
| TRUSTEES OF BOSTON       ) | |
| UNIVERSITY       ) | |
| ) | |
| Garnishee.       ) | |

## ORDER

Pursuant to 28 U.S.C. § 3205(c)(7), the Garnishee, Trustees of Boston University, is to disburse 20% percent of Hau T. Pham's wages after all deductions required by law, excluding retirement deductions, to the Department of Justice, c/o United States Attorney's Office, 1 Courthouse Way, Suite 9200, Boston, MA 02210, Attn.: USAO # 2005Z00196 - Hau T. Pham, until Hau T. Pham's $73,913.84 judgment debt; plus 3.32% percent interest per annum on the principal amount as of the date of judgment; plus costs, is satisfied.

APPROVED:                                              SO ORDERED:

_Nathaniel M. Gorton_                                  _____
UNITED STATES DISTRICT JUDGE                           DEPUTY CLERK
                                                       UNITED STATES DISTRICT COURT

DATED: 4/27/07

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 05-MC-10227-NMG |
| HAU T. PHAM ) | |
| ) | |
| Defendant, ) | |
| ) | |
| and ) | |
| ) | |
| BOSTON UNIVERSITY ) | |
| ) | |
| ) | |
| Garnishee. ) | |

**MOTION FOR WITHDRAWAL OF APPLICATION
FOR WRIT OF CONTINUING GARNISHMENT**

Pursuant to 28 U.S.C. §3205(c)(10), the Plaintiff, United States of America, hereby moves to withdraw and otherwise terminates its Application for Writ of Continuing Garnishment filed on October 27, 2005, in the above-captioned proceeding as the defendant has entered into a monthly payment agreement with the United States of America.

Respectfully submitted,
UNITED STATES OF AMERICA
By its attorneys

MICHAEL J. SULLIVAN
United States Attorney

By:   /s/ Christopher R. Donato
CHRISTOPHER R. DONATO
Assistant U.S. Attorney
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3303

Date: March 15, 2007

*Motion allowed. /s/ NMGorton, USDJ 4/27/07*